UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARREN STRIBLING | Case No. 20-12990 |
| Plaintiff, | Judith E. Levy |
| v. | United States District Judge |
| HEIDI WASHINGTON, *et al.*, | Curtis Ivy, Jr. |
| | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

## ORDER LIFTING STAY ON DISCOVERY AND DIRECTING DEFENDANTS TO ANSWER COMPLAINT

Plaintiff Darren Stribling filed this case on October 30, 2020 without the assistance of counsel. (ECF No. 1). On March 15, 2021, Defendants moved for summary judgment. (ECF No. 22). On May 12, 2021, Plaintiff filed a response and supporting affidavit to Defendants' motion for summary judgment. (ECF No. 25, 26). On June 14, 2021, Defendants received discovery requests from Plaintiff. (ECF No.26, PageID.191). On July 2, 2021, Defendants moved to stay discovery under Fed. R. Civ. P. 26 until the resolution of their pending summary judgment motion (ECF No. 26), which the undersigned granted (ECF No. 28). The undersigned recommended that Defendants' Motion for Summary Judgment be denied. (ECF No. 29). On December 22, 2021, Judge Judith E. Levy issued an Order adopting the undersigned's Report and Recommendation. (ECF No. 40). Defendants' motion for summary judgment has been resolved. For these reasons,

the Court finds good cause to **LIFT** the Stay on discovery on this matter.

To date, Defendants have not answered Plaintiff's Complaint. Defendants are **DIRECTED** to **ANSWER** to Plaintiff's Complaint by **TWO WEEKS from the date of this Order.**

**IT IS SO ORDERED**.

Review of this Order is governed by Federal Rule of Civil Procedure 72 and Local Rule 72.1.

Date: April 1, 2022  s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2022, by electronic means and/or ordinary mail.

s/Kristen MacKay
Case Manager
(810) 341-7850